UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. CORRY,<br><br>    Plaintiff,<br><br>  v.<br><br>JEREMY R JORDAN, et al.,<br><br>    Defendants. | Case No.  12-cv-05152-BLF   (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on September 28, 2015 at Pelican Bay State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, John J. Corry Pro Se.

    (   ) Warden or warden's representative

    (   ) Office of the California Attorney General

    ( X ) Other:  Dylan R. Williams for County of Alameda.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled. A telephonic status conference is scheduled for November 3, 2015.  Defense counsel shall assist in facilitating Plaintiff's telephonic appearance.  Parties shall dial 888-684-8852 and enter access code 1868782 to make their appearances.

.

1     ( ) The case has been partially resolved and counsel for defendants shall file a joint
2  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet
3  attached remain for this Court to resolve.
4     ( ) The parties are unable to reach an agreement at this time.
5  **IT IS SO ORDERED.**
6  Dated: September 29, 2015

          _____
          NANDOR J. VADAS
          United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN J. CORRY,

    Plaintiff,

v.

JEREMY R JORDAN, et al.,

    Defendants.

Case No.  12-cv-05152-BLF   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John J. Corry ID: G-00492
California State Prison - Pelican Bay
P.O. Box 7500
Crescent City, CA 95532-7000

Dated: September 29, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3