IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. CORRY,<br><br>    Plaintiff,<br><br>v.<br><br>VALLANDIGHAM, et al.,<br><br>    Defendants. | No. C 12-05152 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against Alameda County Sheriff officers for actions that took place at the Santa Rita Jail in Dublin, California. The Court found that the second amended complaint, liberally construed, stated cognizable claims of excessive force against Defendants. On June 22, 2015, this Court referred this case to Judge Vadas for settlement proceedings. (Docket No. 44.) On September 29, 2015, Judge Vadas entered an order notifying the Court that "[t]he case has been completely settled" and that a further telephonic status conference would be held. (Docket No. 49.) On January 5, 2016, a status conference was held during which Plaintiff represented that he had received payment. (Docket No. 52.) Accordingly, IT IS HEREBY ORDERED THAT this action and all claims asserted herein against Defendants are DISMISSED WITH PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: Jan 14, 2016

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
05152Corry_dism (settled).wpd